IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

| | | |
|---|---|---|
| PATRICK ERIC CAIL, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CV 605-041 |
| | ) | |
| HUGH SMITH, Warden; THURBERT E. BAKER, Attorney General of the State of Georgia, | ) ) ) ) | |
| | ) | |
| Respondents. | ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Respondents' motion to dismiss Respondent Baker is **GRANTED**. The motion to dismiss Petitioner's petition for failure to exhaust state remedies is **DENIED**.

SO ORDERED this 6 day of March, 2006.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT