UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

| | |
|---|---|
| PATRICK ERIC CAIL, | ) |
| Petitioner, | ) |
| v. | ) Case No. CV605-041 |
| HUGH SMITH, Warden, | ) |
| Respondent. | ) |

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

The Superior Court of Tattnall County is DIRECTED to decide petitioner's motion for new trial within ten days of the entry of this Order or release petitioner from custody arising from his 1995 conviction before that court. Following the resolution of that motion, petitioner may pursue an appeal in the Georgia Court of Appeals, which should expedite its

disposition of the appeal and issue its decision within 90 days of the filing of the appeal; otherwise, the State is DIRECTED to release the petitioner from custody.[1]

**SO ORDERED** this 3 day of Jan., 2007.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] If the State contends that petitioner is still in custody under his 1989 Lowndes County conviction and has yet to commence serving the consecutive sentence imposed upon his 1995 conviction in Tattnall County, then the Magistrate Judge shall hold a hearing to inquire into this matter. If it is determined that petitioner is still serving the sentence imposed following his 1989 conviction, then petitioner shall be released upon the completion of that sentence.